No. 909.  GIARDANO ET AL. *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.  *Morris A. Shenker* and *Morris Lavine* for Giardano, and *Sidney M. Glazer* for Lopiparo, petitioners.  *Solicitor General Rankin, Assistant Attorney General Rice, Joseph F. Goetten* and *John P. Burke* for the United States.

No. 930.  WALDIN *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.  *Jacob Kossman* for petitioner.  *Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Eugene L. Grimm* for the United States.

No. 931.  RAIDY *v.* UNITED STATES ET AL.  C. A. 4th Cir.  Certiorari denied.  *Bernard M. Goldstein* for petitioner.  *Solicitor General Rankin, Assistant Attorney General Doub* and *Samuel D. Slade* for the United States, and *David R. Owen* for the Bethlehem Steel Co., respondents.

No. 932.  WHITE ET AL. *v.* GATES, SECRETARY OF THE NAVY, ET AL.  United States Court of Appeals for the District of Columbia Circuit.  Certiorari denied.  *Carl W. Berueffy* and *Eugene Gressman* for petitioners. *Solicitor General Rankin, Assistant Attorney General Doub* and *Alan S. Rosenthal* for respondents.

No. 933.  PEACOCK ET AL. *v.* LUBBOCK COMPRESS Co. C. A. 5th Cir.  Certiorari denied.

No. 941.  DAVIDITIS, ALIAS DAVIS, ET AL. *v.* NATIONAL BANK OF MATTOON.  C. A. 7th Cir.  Certiorari denied.